**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JAY CARACCI, on behalf of himself and all others similarly situated, | ) ) ) ) ) | |
| **Plaintiff,** | ) ) | Case No. 1:19-cv-02796 |
| **v.** | ) ) | |
| AMERICAN HONDA MOTOR COMPANY, INC., | ) ) ) | |
| **Defendant.** | ) ) ) | |

---

**JOINT RULE 26(f) REPORT RE:  MIDP**

---

Plaintiff Jay Caracci ("Plaintiff") and Defendant American Honda Motor Co., Inc. ("Honda"), by and through their undersigned counsel, hereby submit their Rule 26(f) Report re: MIDP as follows:

**I.      The Nature of the Case**

      **A.      Attorneys of Record for Each Party**
           *(Identify the attorneys of record for each party, including the lead trial attorney.)*

Plaintiff's attorneys of record in this action are:

 Larry P. Smith (* Lead trial attorney)
SMITHMARCO, P.C.
55 W. Monroe Street, Suite 1200
Chicago, IL 60603
(t): (312) 324-3532
(f): (888) 418-1277
lsmith@smithmarco.com

Stacy M. Bardo
Bardo Law, P.C.
22 West Washington Street, Suite 1500

1

Chicago, Illinois 60602
(t): (312) 219-6980
(f): (312) 219-6981
stacy@bardolawpc.com

Honda's attorneys of record in this action are:

Michael L. Mallow (* Lead trial attorney)
Mark D. Campbell
Darlene M. Cho (*pro hac vice* application pending)
2049 Century Park East, Suite 3000
Los Angeles, CA 90067
(t): (424) 285-8330
(f): (424) 204-9093

Riley Mendoza
Erika A. Dirk
111 S. Wacker Dr., 51st Floor
Chicago, IL 60606
(t): (312) 704-7700
(f): (312) 558-1195

**B.      Basis for Federal Jurisdiction**
        (*State the basis for federal jurisdiction.*)

Plaintiff filed this action in the Circuit Court of Cook County, Illinois.  On April 25, 2019,

Honda removed this action to federal court under the Class Action Fairness Act, 28 U.S.C. §§

1332(d), 1453.  *See* Doc. 1.

**C.      Nature of the Claims Asserted in the Complaint**
        (*Describe the nature of the claims asserted in the complaint and any
        counterclaims.*)

Plaintiff alleges three causes of action as follows:  (1) for violation of the Illinois Consumer

Fraud and Deceptive Business Practices Act, 815 ILCS 805/2 ("ICFA"), (2) for breach of the

implied warranty of merchantability pursuant to the federal Magnuson-Moss Warranty Act

("Magnuson-Moss"), and (3) for breach of express warranty under state law based upon Honda's

alleged breach of its 3-year/36,000-mile New Vehicle Limited Warranty ("NVLW").  Defendant

denies Plaintiff's claims and denies that this case is suitable for class action treatment.

## II.    Pending Motions and Case Plan

### A.    Pending Motions

There are no pending motions at this time.

### B.    Conferral re: MIDP Program
*(Confirm that the parties have read the district court's standing order for the MIDP program. Describe your discussions regarding MIDP, including resolved and unresolved disagreements regarding such discovery.)*

The parties have read the district court's standing order for the MIDP program.

#### 1.    Plaintiff's Statement

During the parties' initial meet and confer, Honda's counsel indicated that it would seek to limit this case, and the discovery it agrees to provide, to the one chewed part in Mr. Caracci's vehicle. Honda further indicated that, in order to be able to so limit its discovery, it needed evidence from Plaintiff regarding the chewed part. While Plaintiff disagreed with Honda's limitation contention, Plaintiff agreed to provide the requested information outside of formal discovery. Plaintiff produced a photograph of the rodent damage in his engine compartment and the repair invoice which states that Plaintiff's vehicle's power steering wiring was repaired. After the production, Honda maintained its position that it will not produce discovery regarding the "power steering wiring" but about the one part Honda's counsel identified in the photograph as damaged – the electric power steering torque sensor harness. This limitation is inappropriate as Plaintiff's repair documents state the power steering wiring had to be repaired – and an electronic power steering system is comprised of more than just the torque sensor harness. Further, Plaintiff's complaint explains that he experienced a complete loss of power steering. Plaintiff compiled evidence of other Honda vehicles experiencing sudden power steering losses caused by rodents chewing the wires that comprise the EPS system and repair technicians blaming the higher

3

incidents of failure on the more environmentally-friendly soy and bio-based components now used. Plaintiff agrees that this case is limited to the electronic power steering system (and its component parts) in the 2015-2018 model year Honda CR-Vs but any further limitation at this time conflicts with the discovery principles of Rule 26. Plaintiff's counsel has also advised Defendant that it can make appropriate objections at the time a specific interrogatory or document is requested and the parties can then seek court intervention as may be necessary.

### 2. Defendant's Statement

There is at least one significant and unresolved disagreement so far regarding the scope of discovery in this case.

In the course of briefing Honda's motion to dismiss, among the challenges Honda raised to Plaintiff's complaint was his failure to identify the exact part or parts at issue. In response, Plaintiff purported to limit the parts at issue in this action to "the soy or bio-based coating on the chewed power steering electrical wires in his CR-V." Opp. at p. 9. As part of the parties' meet and confer pursuant to the district's Mandatory Initial Discovery Pilot (MIDP) program, Plaintiff confirmed that this action concerns the wiring in the electronic power steering system in the 2015-2018 model year Honda CR-Vs. *See supra.* Part B.1.

Also during the parties' meet and confer, Plaintiff provided Honda with one photograph of the part chewed in Mr. Caracci's vehicle and an invoice from A&A Complete Automotive that described a repair on Dec. 7, 2017 as "REPAIR POWER STEERING WIRING." Based on the photograph and invoice provided by Plaintiff, it is possible (though Honda cannot confirm) that the chewed wiring depicted in the photograph is a part called the electric power steering torque sensor harness, part number 53682-T0A-A01 (the "Chewed Part").

Even if Honda assumes that the only wires at issue are all of the "power steering electrical

wires" as Plaintiff stated in his opposition to the Motion to Dismiss, and further assumes that these

wires are all contained within the "P.S. Gear Box" of Plaintiff's vehicle, *see* FAC ¶ 9, there are

still dozens of sub-components within the P.S. Gear Box (shown below) and Plaintiff fails to state

which of these dozens of parts are at issue in this case other than the Chewed Part:[1]



The above diagram corresponds to the following part numbers and names:

| No. | Part No. | Part Description |
|-----|----------|------------------|
| 1 | 52362-S30-003 | Boot, Tie Rod End (MUSASHI) |
| 2 | 53010-T0A-A01 | End, Rack |
| 3 | 53413-SMA-003 | Spring, Rack Guide Pressure |
| 4 | 53414-SMA-003 | Screw, Rack Guide |
| 5 | 53416-SMA-003 | Guide, Steering Rack |
| 6 | 53417-SMA-003 | O-Ring (24X3.5) |
| 7 | 53418-S2K-003 | Spring, Conical |
| 8 | 53419-S2K-003 | Washer, Plain |
| 9 | 53429-T0A-A01; 53492-TX4-A01 | Dust Seal Set, Tie Rod |
| 10 | 53434-SAA-G01 | Clip, Steering Tie Rod |

---

[1] https://www.hondapartsnow.com, input Plaintiff's vehicle identification number (FAC ¶ 9), then search for "P.S. Gear Box" under "Chassis"; Declaration of Michael L. Mallow, Doc. 27-5, ¶¶ 25-4 & Ex. A *thereto*.

| No. | Part No. | Part Description |
|---|---|---|
| 11 | 53449-SYY-003 | Band |
| 12 | 53451-SZW-J01 | Bolt, Flange (6X12) |
| 13 | 53458-S2K-003 | Nut, Lock |
| 14 | 53460-T1W-A00 | Stiffener, R. Gear Box |
| 15 | 53480-T1W-A00 | Stiffener, L. Gear Box |
| 16 | 53502-T0A-A10 | Grommet, Steering |
| 17 | 53535-SMB-003 | Spacer |
| 18 | 53536-SMA-003 | Washer, Tie Rod Lock |
| 19 | 53540-T1W-A01 | End, R. Tie Rod |
| 20 | 53560-T1W-A01 | End, L. Tie Rod |
| 21 | 53601-T1W-A01 | Rack, Power Steering |
| 22 | 53602-T0A-A01; 53602-T0A-A02 | Motor |
| 23 | 53682-T0A-A01 | Harness, Torque Sensor |
| 24 | 53684-T0A-A01 | Bush, Gear Box Mounting (A) |
| 25 | 53685-T0A-A01 | Bush, Gear Box Mounting (B) |
| 26 | 58686-T0A-A01 | Bush, Gear Box Mounting (C) |
| 27 | 90105-SZW-003 | Bolt, Flange (8X30) |
| 28 | 90108-SFF-010 | Bolt, Gear Box Mounting |
| 29 | 90108-SJA-A00 | Bolt, Flange (8X16) |
| 30 | 90301-T0A-A01 | Nut, Hex. (14MM) |
| 31 | 90506-T0A-A00 | Washer, Plain (12MM) |
| 32 | 94030-12280 | Nut, Hex. (12MM) |
| 33 | 91351-SMA-003 | O-Ring, Motor |
| 34 | 94201-30220 | Pin, Split (3.0X22) |
| 35 | 93404-06014-05 | Bolt-Washer (6X14) |
| 36 | 53572-T0A-A01 | Bracket A, Harness |
| 37 | 53573-T0A-A01 | Bracket B, Harness |
| 38 | 06535-T4N-305 | Boot Set, Tie Rod End |
| 39 | 53693-T0A-000 | Plate, Power Steering Heat Baffle |

Accordingly, even if discovery were limited to the "P.S. Gear Box" in just Mr. Caracci's vehicle (i.e., ignoring the other Class Vehicles), it would be overbroad, burdensome, and disproportionate to the needs of the case to require Honda to produce information about all of the subcomponent parts that comprise the "P.S. Gear Box" when Plaintiff only claims that a single

part was actually chewed by rodents. (At times, it seemed Plaintiff would seek discovery on *all* wiring located inside the engine compartment beyond those in the P.S. Gear Box. However, during the meet-and-confer process, Plaintiff agreed this action is limited to the wiring in the electronic power steering system in the 2015-2018 model year Honda CR-Vs. *See supra.* Part B.1.)

At this time, the only part for which Plaintiff has provided any factual basis to include in this case or seek discovery on is the chewed electric power steering torque sensor harness, part number 53682-T0A-A01, in Plaintiff's vehicle. Honda reserves any and all objections to discovery that seeks information or testimony beyond the Chewed Part.

### C. Proposed Discovery Plan

|  | Proposed Dates |
|---|---|
| First date to issue requests for production of documents, requests for admission, and interrogatories | 10/15/2019 |
| Date to serve responses to MIDP requests concerning all chewed parts identified by Plaintiff | 11/18/2019 |
| Deadline for delivery of initial expert reports | 8/10/2020 |
| Deadline to complete non-expert depositions | 8/31/2020 |
| Discovery cut-off, meaning deadline to serve responses and produce documents | 8/31/2020 |
| Date for final supplementation of MIDP | 8/31/2020 |
| Deadline for Plaintiff to file motion for class certification / Deadline for Defendant to file dispositive motion as to Plaintiff's individual claims | 9/21/2020 |
| Deadline for delivery of rebuttal expert reports | 10/5/2020 |
| Close of expert discovery | 11/9/2020 |

### D. Electronically Stored Information
*(Discuss the anticipated scope, if any, of electronically stored information ("ESI") in the case and the potential methodologies for identifying ESI for production. Submit the parties' agreements regarding ESI and identify any areas of disagreement regarding ESI.)*

#### 1. Plaintiff's Statement

The parties agree not to degrade the searchability of documents as part of the document production process.

#### 2. Defendant's Statement

At this time, Honda reasonably anticipates producing the following documents or categories of ESI that are in its possession, custody, or control:

- Documents reflecting business records of Honda reflecting inquiries or repairs to the Torque Sensor Harness (part number 53682-T0A-A01) in Class Vehicles related to rodent damage;
- Documents concerning the chemical composition of the Torque Sensor Harness (part number 53682-T0A-A01) in Class Vehicles, to the extent any exist in Honda's possession, custody, or control; and
- Documents sufficient to identify the quantities of part number 4019-2317 sold to Honda's independent, authorized dealers in the State of Illinois.

For the same reasons explained in Defendant's section in Part II.C, if Plaintiff seeks ESI relating to parts other than the Chewed Part, the discovery is overbroad, burdensome, and disproportionate to the needs of the case.

### E. Trial
*(Indicate whether a jury is requested, the probable length of trial, and the earliest possible date when the case will be ready for trial.)*

The Parties propose the setting of a trial date that is at least six months from the disposition of any class certification and dispositive motions that may be filed by the Parties.

## III. <u>Consent to Proceed Before a Magistrate Judge</u>

The parties do not unanimously consent to proceed before a Magistrate Judge.

## IV.    <u>Status of Settlement Discussions</u>

No settlement discussions have occurred.

The parties do not request a settlement conference at this time.

Dated: September 23, 2019                    Respectfully submitted,

**SHOOK, HARDY & BACON L.L.P.**

By: */s/ Michael L. Mallow*
    Michael L. Mallow                        Riley Mendoza
    mmallow@shb.com                       rmendoza@shb.com
    Mark D. Campbell                          Erika A. Dirk
    mdcampbell@shb.com                   eadirk@shb.com
    2049 Century Park East, Suite 3000   111 S. Wacker Dr., 51st Floor
    Los Angeles, CA 90067                  Chicago, IL 60606
    (t): (424) 285-8330                          (t): (312) 704-7700
    (f): (424) 204-9093                          (f): (312) 558-1195

*Attorneys for Defendant American Honda*      *Attorneys for Defendant American Honda*
*Motor Co., Inc.*                                                  *Motor Co., Inc.*


**SMITHMARCO, P.C.**                          **BARDO LAW, P.C.**

By: */s/ Larry P. Smith*                      By: */s/ Stacy M. Bardo*
    Larry P. Smith                              Stacy M. Bardo
    lsmith@smithmarco.com                 stacy@bardolawpc.com
    SmithMarco, P.C.                           Bardo Law, P.C.
    55 West Monroe Street, Suite 1200   22 West Washington Street, Suite 1500
    Chicago, Illinois 60603                   Chicago, Illinois 60602
    (t):  (312) 324-3532                        (t):  (312) 219-6980

*Attorneys for Plaintiff Jay Caracci*          *Attorneys for Plaintiff Jay Caracci*


## <u>ATTESTATION OF E-FILER</u>

I, Michael L. Mallow, the ECF user whose identification and password are being used to file this document, hereby attests that all signatories have concurred in the filing of this document.

## <u>CERTIFICATE OF SERVICE</u>

I, Michael L. Mallow, one of the attorneys for Defendant American Honda Motor Co., Inc., in this action certify that on the 23rd day of September, 2019, I caused a copy of the foregoing document, entitled, **JOINT RULE 26(f) REPORT RE:  MIDP**, to be filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system to all counsel of record as well as attorneys registered to receive such filings.

/s/ Michael L. Mallow
Michael L. Mallow
SHOOK, HARDY & BACON L.L.P.
mmallow@shb.com
2049 Century Park East, Suite 3000
Los Angeles, California 90067
Tel: (424) 285-8330

4852-3768-2338