```
                   IN THE UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF ILLINOIS
                            EASTERN DIVISION

JAY CARACCI,                    )
                                )    Case No. 19 CV 02796
              Plaintiff,        )
                                )
         vs.                    )
                                )    Chicago, Illinois
AMERICAN HONDA MOTOR CO.,       )    September 26, 2019
INC.,                           )    9:36 a.m.
                                )
              Defendant.        )


         TRANSCRIPT OF PROCEEDINGS - Scheduling Conference
              BEFORE THE HONORABLE ELAINE E. BUCKLO

APPEARANCES:

For the Plaintiff:         SMITH MARCO, PC
                           BY:  MS. STACY M. BARDO
                           22 West Washington Street
                           Suite 1500
                           Chicago, IL  60602


For the Defendant:         SHOOK, HARDY & BACON LLP
                           BY:  MR. MICHAEL L. MALLOW
                           2049 Century Park East
                           Suite 3000
                           Los Angeles, CA  90067

                           SHOOK, HARDY & BACON LLP
                           BY:  MS. ERIKA DIRK
                           111 South Wacker Drive
                           Suite 5100
                           Chicago, IL  60606


Court Reporter:            SANDRA M. MULLIN, CSR, RMR, FCRR
                           Official Court Reporter
                           219 S. Dearborn Street, Room 2260
                           Chicago, Illinois  60604
                           (312) 554-8244
                           Sandra_Mullin@ilnd.uscourts.gov
```

1        (Proceedings heard in open court:)
2        THE CLERK:  19 CV 2796, Caracci versus American
3    Honda Motor.
4        MS. BARDO:  Good morning, your Honor.  Stacy Bardo
5    appearing on behalf of the plaintiff.
6        THE COURT: Good morning.
7        MS. DIRK: Good morning, your Honor.  Erika Dirk on
8    behalf of defendants.
9        THE COURT: Good morning.
10       MR. MALLOW:  Good morning, your Honor.  Michael
11   Mallow, Shook Hardy & Bacon, on behalf of American Honda.
12       THE COURT:  Good morning.  All right.  Well, as far
13   as I could tell, you essentially agree on your dates on your
14   discovery.  I'm not going to take up scope of discovery
15   today.  I mean, if you can't end up agreeing on something, I
16   guess I'll see motions to compel.  I'm assuming that the
17   plaintiff -- you know, you have your complaint, you know what
18   the issue really is, and you're just going to waste your
19   money and everybody's money if you start asking for stuff
20   that you don't need for that.  But with that reminder, I
21   guess I'll just see you back sometime next summer.
22       MS. BARDO:  And plaintiff understands, your Honor.
23   We just didn't want to get into a position where we were
24   agreeing that there was only one part at issue, should there
25   be an issue related to the other wiring components within the

1  power steering, that's all.  And that was the source of the
2  dispute.
3         THE COURT:  Well, I'm not going to try to
4  understand power steering wiring.  I hope I never need to.
5  But if I do, well, I'll do my best.
6         MR. MALLOW:  And it's not -- the concept is not
7  tough to understand, and I think we do have a process that's
8  worked out.  The problem with -- that's going to be inherent
9  in this case is the expense because, in order to determine
10 whether there is detectable soy, the parts have to be tested.
11 And you're not going to want to test everything in the engine
12 compartment.  It's an expensive and time-consuming process
13 for the chemists to determine whether there is any detectable
14 soy in any particular wire or wires.
15        THE COURT:  Detectable what?
16        MR. MALLOW:  Detectable soy, s-o-y.
17        THE COURT:  Soy.
18        MR. MALLOW:  Soy.  Well, actually, it's technically
19 an epoxidized soybean oil compound.  But that's already too
20 much, I am sure, to get into.
21        THE COURT:  It's hard for me to imagine,
22 considering the general litigation over this, that they
23 haven't actually, for the good of the company, for the good
24 of consumers, for the good of everybody, that they haven't
25 tested whatever they need to test by now.

1  MR. MALLOW: If you open up the engine compartment
2  and you take off the nice, pretty cover, you will see wires
3  and piping and --
4  THE COURT: Sure.
5  MR. MALLOW: -- all the rest of that. All of those
6  products are made by either what they call a Tier 1, 2 or 3
7  suppliers. So the wiring, the wiring harnesses, the
8  insulation that's used around piping for fluids, and what
9  have you, none of that is made, actually, by Honda. That is
10 brought in by suppliers.
11 THE COURT: Sure.
12 MR. MALLOW: And even if there is an epoxidized
13 soybean or other vegetable-based oil used in the
14 manufacturing process of any of those insulators, whether
15 it's detectable afterwards is something that nobody really
16 knows unless you have a chemist get in there. And there is
17 way too many parts to just go haphazardly testing parts. And
18 then you still have the issue of, does a rodent even have any
19 idea it's in there. So that's why these cases haven't gone
20 anywhere.
21 THE COURT: So I take it there are -- well, you
22 tell me. How many complaints are there that this has
23 happened, that rodents found something interesting and
24 tasteful and --
25 MR. MALLOW: Complaints meaning filings of

1 litigation, or just customer complaints?
2 THE COURT: Well, because --
3 MR. MALLOW: Because lots of people are unhappy
4 that rodents get into their cars, and it has been going on
5 like that since there have been cars. If you are talking
6 about litigations, there is litigations, I believe, that have
7 been filed against five manufacturers thus far.
8 THE COURT: Five different manufacturers?
9 MR. MALLOW: Oh, sure. Toyota. If my memory
10 serves --
11 THE COURT: Is the same thing made by -- I mean, is
12 the part made by the same company, whatever the part is?
13 MR. MALLOW: It's not a part.
14 THE COURT: I mean, I've never heard of --
15 MR. MALLOW: It's lots and lots of parts made by
16 lots and lots of suppliers.
17 THE COURT: All right. At the time I denied the
18 motion to transfer, I read the -- the Court of Appeals, I
19 don't even remember, I mean, they remanded it on one part, or
20 one claim. I don't remember if they had any -- obviously
21 these would be facts that are as stated in a complaint, but I
22 don't really -- it was a month ago. I've been gone a month,
23 so.
24 MR. MALLOW: It's an interesting case. It kind
25 of -- not disparaging plaintiff's counsel in any way, but

1  this is an issue that took life over the internet and has
2  been repeated and snowballed through purported experts.  And
3  then people at dealerships have repeated what they've seen on
4  the internet.  There really is -- if you try to track down
5  what is the original source of the notion that soy is -- the
6  use of soy in wiring is responsible for rodent damage in
7  engine compartments, you cannot find an expert source on it,
8  originally.  So it's just something that has taken on a life
9  of its own, and it has been -- it's a type of litigation that
10 has been filed, as I said, against multiple manufacturers.
11         THE COURT:  Okay.  Well, that brings up the
12 question I asked before.  How long has soy been being used?
13         MR. MALLOW:  Unknown.
14         THE COURT:  Huh?
15         MR. MALLOW:  Unknown.  Approximately, the guess is,
16 that it dates back to potentially 2005 or 2006.
17         THE COURT: Okay.
18         MR. MALLOW:  But there is no real starting point
19 that at least American Honda is aware of.
20         THE COURT:  And is this being used in, say, not
21 just Honda, but Toyota and --
22         MR. MALLOW:  According to the complaints that have
23 been filed, Toyota has -- and, in fact, there is a
24 multidistrict litigation involving Toyota.  Kia has been
25 sued.  Subaru has been sued.  I believe FCA, which is Fiat

1    Chrysler, I think they've been sued --

2             THE COURT:  And they all use this, whatever?

3             MR. MALLOW:  -- and Audi.  They are all alleged to
4    have wiring or other components in the engine compartment
5    which are alleged to have been manufactured with a soy-based
6    product that is somehow detectable to rodents and that
7    somehow attracts rodents, more so than rodents would
8    otherwise have been attracted to go into the engine
9    compartments of these vehicles.  And somehow they do more
10   damage than they would otherwise do and have otherwise done
11   since before the soy-based products were originally -- I'm
12   sorry, before soy-based products were alleged to have been
13   used.

14            THE COURT:  Okay.  Well, it's expensive for
15   plaintiffs to seek the discovery too, and they don't have
16   anybody paying their bills, so --

17            MR. MALLOW:  That's why we -- I think we've worked
18   out a system to try to --

19            THE COURT:  Yes, there are certainly exceptions.
20   But at this point I don't have any reason to think she is
21   going to try to take a whole bunch of expensive discovery
22   that doesn't bear on what the complaint is.  So, anyway, if
23   you do run into problems, I'll see you.  And, otherwise, I
24   might as well let you people go ahead without coming back
25   here for a while.

1    MS. BARDO: And just to let your Honor know, one
2 key difference, from plaintiff's perspective, in this
3 particular litigation has to do with Honda's decision to,
4 once there is a rodent-damaged complaint at a service center,
5 the service centers have been instructed to wrap the wiring
6 in pepper-flavored, Honda-branded rodent tape. And so I
7 think that we will be able to appropriately obtain relevant
8 information given the system related to the manufacture,
9 marketing and installation of this tape.
10    THE COURT: Do you think the tape is the problem?
11    MS. BARDO: Well, the tape may be adding to the
12 problem. It has been marketed as an after-market solution.
13    THE COURT: All right. Well, it sounds like you
14 either have or will learn all kinds of interesting things.
15 Unless you know this is a bad date, I'll just arbitrarily set
16 this for next June 24th for a status.
17    MS. BARDO: That works, your Honor. And I think
18 that obviously, should we need to come back, we can do so.
19    THE COURT: Right.
20    MS. BARDO: But we have been working to put
21 together --
22    THE COURT: Okay.
23    MS. BARDO: -- our plan here.
24    THE COURT: All right. Well, I'm going to enter
25 the schedule that you people have.

1  MS. BARDO: Yes.
2  THE COURT: And we'll just see how you're doing
3  eight months from now, or whatever it is. Okay. Have a good
4  day.
5  MS. BARDO: Thank you, your Honor.
6  MR. MALLOW: Thank you, your Honor.
7  (Which were all the proceedings heard.)
8  CERTIFICATE
9  I certify that the foregoing is a correct transcript
10  from the record of proceedings in the above-entitled matter.
11  <u>/s/Sandra M. Mullin</u>          *October 29, 2019*
    Official Court Reporter