IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAY CARACCI, on behalf of himself and all others similarly situated, | ) ) ) ) ) | |
| **Plaintiff,** | ) ) | Case No. 1:19-cv-02796 |
| v. | ) ) ) | |
| AMERICAN HONDA MOTOR COMPANY, INC., | ) ) ) ) | |
| **Defendant.** | ) | |

## JOINT STATUS REPORT

Plaintiff Jay Caracci ("Plaintiff") and Defendant American Honda Motor Co., Inc. ("Honda"), by and through their undersigned counsel, hereby submit their Joint Status Report pursuant to the Third Amended General Order 20-0012:

**A.** **Discovery Progress**

Plaintiff and Defendant have both tendered written discovery (interrogatories and document production requests) and provided responses to same. The Parties are continuing to confer as to the responses served and documents produced to date. Defendant has also completed an inspection of Plaintiff's vehicle and Plaintiff has taken the deposition of the individual who inspected Plaintiff's vehicle in his individual capacity. At this time, the parties believe they can meet the modified discovery schedule summarized in Section E below.

**B.** **Status of Briefing on Any Unresolved Motions**

None.

1

**C.     Settlement Efforts**

The parties have not engaged in settlement discussions.

**D.     45-Day Agreed Proposed Schedule**

In the next 45 days, Plaintiff intends to serve additional deposition notices on Defendant and Defendant intends to notice Plaintiff's deposition. In light of the current global pandemic, health and safety concerns, and travel restrictions imposed by the government and Honda, the parties agree to confer as to the timing and location of any depositions that may be noticed.  The parties will continue to meet and confer as to Plaintiff's and Honda's discovery responses and document production to determine any needed motions to compel.

**E.     Agreed Proposed Revised Discovery and Dispositive Motion Schedule**

The parties agree that the extended dates from the previously entered Amended General Orders are anticipated to be sufficient:

| Date | Deadline |
|---|---|
| 10-26-2020 | Deadline for delivery of initial expert reports |
| 11-16-2020 | Fact discovery deadline (including non-expert deposition deadline), discovery cut-off, and final MIDP supplements |
| 12-7-2020 | Deadline for Plaintiff's class certification motion and Defendant's individual summary judgment motion |
| 12-21-2020 | Deadline for delivery of rebuttal expert reports |
| 1-25-2021 | Expert discovery deadline (including expert deposition deadline) |

**F.     Court Action**

 The parties understand there is already a June 24, 2020 status hearing on calendar and are prepared to appear by the means ordered if the Court holds the status hearing.

Dated: May 13, 2020 　　　　　　　　　　　　　　Respectfully submitted,

**SHOOK, HARDY & BACON L.L.P.**

By: */s/ Darlene M. Cho*
　　Michael L. Mallow　　　　　　　　　　　Riley Mendoza
　　mmallow@shb.com　　　　　　　　　　　rmendoza@shb.com
　　Mark D. Campbell　　　　　　　　　　　Erika A. Dirk
　　mdcampbell@shb.com　　　　　　　　　　eadirk@shb.com
　　Darlene M. Cho　　　　　　　　　　　　111 S. Wacker Dr., 51st Floor
　　dcho@shb.com　　　　　　　　　　　　　Chicago, IL 60606
　　2049 Century Park East, Suite 3000　　　(t): (312) 704-7700
　　Los Angeles, CA 90067　　　　　　　　　(f): (312) 558-1195
　　(t): (424) 285-8330
　　(f): (424) 204-9093　　　　　　　　　　　*Attorneys for Defendant American Honda Motor Co., Inc.*

*Attorneys for Defendant American Honda Motor Co., Inc.*


**SMITHMARCO, P.C.**　　　　　　　　　　　　**BARDO LAW, P.C.**

By: */s/ Larry P. Smith*　　　　　　　　　　　By: */s/ Stacy M. Bardo*
　　Larry P. Smith　　　　　　　　　　　　　Stacy M. Bardo
　　lsmith@smithmarco.com　　　　　　　　　stacy@bardolawpc.com
　　SmithMarco, P.C.　　　　　　　　　　　　Bardo Law, P.C.
　　55 West Monroe Street, Suite 1200　　　　22 West Washington Street, Suite 1500
　　Chicago, Illinois 60603　　　　　　　　　Chicago, Illinois 60602
　　(t): (312) 324-3532　　　　　　　　　　　(t): (312) 219-6980

*Attorneys for Plaintiff Jay Caracci*　　　　　　*Attorneys for Plaintiff Jay Caracci*