**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | |
|---|---|
| JAY CARACCI, on behalf of himself and all others similarly situated, ) ) ) | |
| Plaintiff, ) | No. 19-cv-2796 |
| ) | |
| v. ) | Judge Bucklo |
| ) | Magistrate Judge Cummings |
| AMERICAN HONDA MOTOR COMPANY, INC., ) ) ) | |
| Defendant. ) | |

**MOTION TO FILE EXHIBIT 2 TO PLAINTIFF'S REPLY IN FURTHER SUPPORT OF HIS MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT UNDER SEAL**

Pending before this Honorable Court is the Plaintiff's motion for leave to file a Second Amended Complaint. *See* ECF Dkt. 70. Plaintiff now seeks leave of court to file Exhibit 2 to his reply brief (ECF Dkt. 77) under seal, stating as follows in support of his request:

1. Plaintiff references MDS Reports and Chemical Substance Checks to illustrate certain facts about Honda's wire harness ingredients. These documents are grouped as Exhibit 2 to Plaintiff's reply.

2. These documents have been marked "Confidential" by Honda, pursuant to the Protective Order previously entered in this case. *See* ECF Dkt. 49.

3. Accordingly, Plaintiff seeks leave to file Exhibit 2 under seal to maintain Honda's confidentiality designations.

4. Under L.R. 26.2, Plaintiff filed his brief with Exhibit 2 omitted and is also provisionally filing Exhibit 2 under seal.

WHEREFORE, Plaintiff prays that this Honorable Court grant his motion to file Exhibit 2 under seal so that it can be properly considered in connection with Plaintiff's reply brief.

          Respectfully submitted,
          **JAY CARACCI, on behalf of himself and all others similarly situated.**

    By:    /s/ Stacy M. Bardo

          Attorney for Plaintiff

Dated: April 27, 2021

Larry P. Smith
SmithMarco, P.C.
55 West Monroe Street, Suite 1200
Chicago, Illinois 60603
Telephone: (312) 324-3532
Facsimile: (888) 418-1277
E-Mail: lsmith@smithmarco.com

Stacy M. Bardo
Bardo Law, P.C.
22 West Washington Street, Suite 1500
Chicago, Illinois 60602
Telephone: (312) 219-6980
E-mail: stacy@bardolawpc.com