IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| JAY CARACCI, on behalf of himself and all others similarly situated, | ) ) ) | |
| | ) | No. 19-cv-2796 |
| Plaintiff, | ) ) | |
| | ) | Judge Bucklo |
| v. | ) | Magistrate Judge Cummings |
| | ) | |
| AMERICAN HONDA MOTOR COMPANY, INC., | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S PROPOSED STATUS REPORT**

1.  As requested by this Court's May 26, 2021 order, the parties met and conferred and exchanged drafts of a proposed schedule and Joint Status Report. While Plaintiff understands there is no real objection to the below dates, the parties were unable to agree on the prefatory language of this Report prior to the filing deadline, or to Defendant's efforts to propose additional possible limitations on the scope of discovery.

2.  Accordingly, Plaintiff files this report on his own behalf. Plaintiff notes that the parties await a decision on a fully briefed motion to compel and submits that such ruling may continue to impact the proposed discovery schedule. Specifically, Plaintiff's consulted expert needs to be able to review already completed testing data if it is ordered to be provided, and Defendant's expert should not have to reply to staggered or multiple reports.

3.  However, now that Defendant has filed its answer to the Second Amended Complaint, Plaintiff suggests the following schedule, subject to a request for possible amendment upon a showing of good cause after ruling on the pending motion to compel, or if a ruling is not received by the end of September:

1

| Event | Proposed Date |
|---|---|
| Initial Expert Reports due | 10/18/2021 |
| Fact Discovery Cutoff and Final MIDP Supplements due | 11/16/2021 |
| Plaintiff's Class Certification Motion and related expert report(s), if any | 12/16/2021 |
| Defendant's Individual Summary Judgment Motion due | 12/16/2021 |
| Defendant's Opposition to Motion for Class Certification and related expert report(s) | 3/4/2022 |
| Plaintiff's Opposition to individual summary judgment motion | 3/4/2022 |
| Plaintiff's Reply in Support of Class Certification and expert rebuttal reports | 4/29/2022 |
| Defendant's Reply in Support of Individual Summary Judgment Motion | 4/29/2022 |
| Expert Discovery Closes | 5/16/2022 |

WHEREFORE, Plaintiff respectfully requests that the above suggested schedule now be entered.

Respectfully submitted,

By: /s/ Stacy M. Bardo
One of Plaintiff's Attorneys

Stacy M. Bardo
Bardo Law, P.C.
22 West Washington Street, Suite 1500
Chicago, Illinois 60602
(312) 219-6980
stacy@bardolawpc.com

Larry P. Smith
SmithMarco, P.C.
55 West Monroe Street, Suite 1200
Chicago, Illinois 60603
(312) 324-3532
lsmith@smithmarco.com