**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS,**
**EASTERN DIVISION**

| | |
|---|---|
| JAY CARACCI, on behalf of himself and all others similarly situated, ) ) ) | |
| ) | No. 19-cv-2796 |
| Plaintiff, ) | |
| ) | Judge Bucklo |
| v. ) | Magistrate Judge Cummings |
| ) | |
| AMERICAN HONDA MOTOR COMPANY, INC., ) ) ) | |
| ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

The parties met and conferred and have agreed upon the following proposed schedule, subject to a request for possible amendment upon a showing of good cause after Magistrate Judge Cummings rules on the pending motion to compel and its supplement, or if a ruling is not received by the end of September 2021:

| | |
|---|---|
| Plaintiff's Initial Substantive Expert Report | 10/29/2021 |
| Fact Discovery Cutoff and Final MIDP Supplements | 12/1/2021 |
| Plaintiff's Class Certification Motion (and any certification expert report) | 12/20/2021 |
| Defendant's Individual Summary Judgment Motion | 12/20/2021 |
| Defendant's Substantive Expert Report | 1/18/2022 |
| Defendant's Response to Class Certification Motion (and any opposing certification expert report) | 3/4/2022 |
| Plaintiff's Response to Individual Summary Judgment Motion | 3/4/2022 |
| Rebuttal Expert Reports (substantive or class certification) | 4/4/2022 |
| Plaintiff's Reply in Support of Class Certification Motion | 4/18/2022 |

| Defendant's Reply in Support of Individual Summary Judgment Motion | 4/18/2022 |
|---|---|
| Expert Discovery Closes | 5/6/2022 |

    Respectfully submitted,

    By: /s/ Stacy M. Bardo
    One of Plaintiff's Attorneys

Stacy M. Bardo
Bardo Law, P.C.
22 West Washington Street, Suite 1500
Chicago, Illinois 60602
(312) 219-6980
stacy@bardolawpc.com

Larry P. Smith
SmithMarco, P.C.
55 West Monroe Street, Suite 1200
Chicago, Illinois 60603
(312) 324-3532
lsmith@smithmarco.com

    Respectfully submitted,

    By: /s/ *Darlene M. Cho*
    One of Defendant's Attorneys

Michael L. Mallow
Mark D. Campbell
Darlene M. Cho
**SHOOK, HARDY & BACON L.L.P.**
2049 Century Park East, Suite 3000
Los Angeles, CA 90067

Erika A. Dirk
**SHOOK, HARDY & BACON L.L.P.**
111 S. Wacker Dr., 51st Floor
Chicago, IL 60606