IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| JAY CARACCI, on behalf of himself and all others similarly situated, </br></br> Plaintiff, </br></br> v. </br></br> AMERICAN HONDA MOTOR COMPANY, INC., </br></br> Defendant. | No. 19-cv-2796 </br></br> Judge Bucklo </br> Magistrate Judge Cummings |

**MOTION TO FILE PORTIONS OF PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO COMPLETE DISCOVERY UNDER SEAL**

Plaintiff has requested an extension of time to complete discovery. In connection with his motion, Plaintiff seeks leave of court to file an unredacted version of his motion and Exhibits A and B thereto under seal, stating as follows in support of his request:

1. To illustrate the documents produced thus far in discovery which require follow-up, Plaintiff attaches certain testing documents which Defendant has designated as confidential, pursuant to the confidentiality order entered in this case. *See* ECF Dkt. 49.

2. Accordingly, Plaintiff seeks leave to file portions of his motion under seal to maintain Defendant's confidentiality designations.

3. Under L.R. 26.2, Plaintiff filed his motion with redactions and Exhibits A and B omitted and is also provisionally filing the unredacted motion and exhibits under seal.

WHEREFORE, Plaintiff prays that this Honorable Court grant his motion to file portions under seal so that they can be properly considered in connection with Plaintiff's extension request.

                                                                                                 Respectfully submitted,
                                                                                                 **JAY CARACCI, on behalf of himself and all others similarly situated.**

By:   /s/ Stacy M. Bardo
       Attorney for Plaintiff

Dated: November 29, 2021

Larry P. Smith
SmithMarco, P.C.
55 West Monroe Street, Suite 1200
Chicago, Illinois 60603
Telephone: (312) 324-3532
Facsimile: (888) 418-1277
E-Mail: lsmith@smithmarco.com

Stacy M. Bardo
Bardo Law, P.C.
22 West Washington Street, Suite 1500
Chicago, Illinois 60602
Telephone: (312) 219-6980
E-mail: stacy@bardolawpc.com