# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS,
# EASTERN DIVISION

| | | |
|---|---|---|
| JAY CARACCI, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | No. 19-cv-2796 |
| | ) | Judge Bucklo |
| v. | ) ) | Magistrate Judge Cummings |
| AMERICAN HONDA MOTOR CO., INC., | ) ) ) ) | |
| Defendant. | ) ) | |
| MICHAEL PRESTON and PENELOPE TURGEON, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | (consolidated action) |
| v. | ) ) | |
| AMERICAN HONDA MOTOR CO., INC., | ) ) ) ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

The Parties submit the following Joint Status Report pursuant to this Court's May 18, 2023 Order (ECF No. 163):

1. As the parties previously advised, on March 15, 2023, Plaintiffs filed a motion to compel. ECF No. 145. Briefing is complete and the parties are awaiting a ruling from Judge Cummings.

2. At this time, the Parties do not request any changes to the current schedule reflected in ECF No. 163.

(*Signature Page Follows*)

1

| | |
|---|---|
| Dated: June 15, 2023 | Respectfully submitted,<br><br>By: /s/ *Darlene M. Cho*<br>One of Defendant's Attorneys |
| Michael L. Mallow<br>Mark D. Campbell<br>Darlene M. Cho<br>**SHOOK, HARDY & BACON L.L.P.**<br>2049 Century Park East, Suite 3000<br>Los Angeles, CA 90067 | |
| | Respectfully submitted,<br><br>By: /s/ *Stacy M. Bardo*<br>One of Plaintiff's Attorneys |
| Stacy M. Bardo<br>Bardo Law, P.C.<br>203 North LaSalle Street, Suite 2100<br>Chicago, Illinois 60601<br>(t): (312) 219-6980<br>(f): (312) 219-6981<br>stacy@bardolawpc.com | |
| Larry P. Smith<br>SmithMarco, P.C.<br>5250 Old Orchard Rd., Suite 300<br>Skokie, IL 60077<br>(t): (312) 324-3532<br>(f): (888) 418-1277<br>lsmith@smithmarco.com | |